Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

___Rochester_____ Division

FILED
JAN 2 3 2020
MARY C. LOEWENGUTH, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY

20 CV 6048 EAW

Travis G. Tuttle

)
)
)
)
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Gretchen O'Dea, Joseph Rieger, Brad Fosdick, Samantha
Nentarz, Thomas Turner, Alex Kirkpatrick, Samuel Coolidge

**Defendant(s)** (In Personal and Official Capacity)
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes  ☐ No

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Travis Tuttle |
| Address | 411 Krieger Road |

| | | | |
|---|---|---|---|
| | Webster | NY | 14580 |
| | *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Monroe |
| Telephone Number | (585)789-7246 |
| E-Mail Address | ttuttle1016@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gretchen O'Dea |
| Job or Title *(if known)* | Investigator (WPD) |
| Address | 7292 Slocum Road |

| | | | |
|---|---|---|---|
| | Ontario | NY | 14519 |
| | *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Wayne |
| Telephone Number | (585) 872-1216 ext 3231 |
| E-Mail Address *(if known)* | godea@ci.webster.ny.us |

☒ Individual capacity        ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Joseph Rieger |
| Job or Title *(if known)* | Chief of Police (WPD) |
| Address | 1120 Stonegate Drive |

| | | | |
|---|---|---|---|
| | Webster | NY | 14580 |
| | *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Monroe |
| Telephone Number | (585) 872-1216 ext  3240 |
| E-Mail Address *(if known)* | jrieger@ci.webster.ny.us |

☒ Individual capacity        ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Brad Fosdick |
| Job or Title *(if known)* | Lieutenant (WPD) |
| Address | 5972 Trillium Trail |

| Ontario | NY | 14519 |
|---|---|---|
| City | State | Zip Code |

| | |
|---|---|
| County | Wayne |
| Telephone Number | (585) 872-1216 ext 3238 |
| E-Mail Address *(if known)* | bfosdick@ci.webster.ny.us |

☒ Individual capacity   ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Alex Kirkpatrick |
| Job or Title *(if known)* | Investigator (WPD) |
| Address | 2025 Bailey Road |

| Ontario | NY | 14519 |
|---|---|---|
| City | State | Zip Code |

| | |
|---|---|
| County | Wayne |
| Telephone Number | (585) 872-1216 ext 3343 |
| E-Mail Address *(if known)* | akirkpatrick@ci.webster.ny.us |

☒ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
42 U.S.C.§□§□(1)1983,(2)1982,1985,1986; 42 U.S.C..§ 3613; 42 U.S.C.§□5101-5117, "Children's Justice and Assistance Act of 1986'."; 42 U.S.C.§ 5309(a),(b),(c). 34 CFR Sub Titles (A),(B),(C); Fed.R.Civ.P. Rule 15(c)(1)(B) 18 U.S. Code §□1512(2)(a)

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Upon information and belief, both public/private and official body(s) Defendant(s) performed and/or assisted in function(s) which are "traditionally the exclusive prerogative of the state." Plaintiff also has information and believes that members of the government coerced, threatened and/or "significantly encouraged" Defendant(s) to engage in the complained-of conduct, while acting "under color of law", in order to generate revenue, and/or other personal, selfish motive(s), consciously engaging in misconduct(s), abusivly enjoined to inflict unreasonable concequences, ~~violating the Plaintiff(s) U.S. Constitutional and Federal Civil Right(s), while conspiring in a scheme of propaganda.~~ Completly disregarding public safety, despite the knowledge of causing significant harm to other persons.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

1)Plaintiff(s) residence 411 Krieger Rd. Webster, NY 14580 (Deprivation of civil rights and Constitutional liberties)
2) Webster Town Hall, Police Department 1000 Ridge Rd. Webster, NY 14580 (Coercion, Falsifing Records)
3) 671 Neros Run Webster, NY 14580

B.    What date and approximate time did the events giving rise to your claim(s) occur?
See Herein Attached Complaint

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
See Herein Attached Complaint

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Herein Attached Complaint

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Herein Attached Complaint

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
  *City*                    *State*        *Zip Code*

Telephone Number    _____

E-mail Address    _____

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK
# ROCHESTER DIVISION

TRAVIS TUTTLE
                                    Plaintiff(s)

V.

ALEX KIRKPATRICK, GRETCHEN O'DEA, SAMANTHA
NENTARZ, SAMUEL COOLIDGE, BRAD FOSDICK,
JOSEPH RIEGER
                                    Defendant(s),
*(In Individual and Official Capacities)*

Civil Action No._____

) **Complaint And**
) **Demand For Jury Trial**

The Plaintiff, TRAVIS G. TUTTLE (Pro Se) by his Attorney(s) TRAVIS G. TUTTLE complaining of the defendants herein, respectfully shows to this court and alleges:

### Preliminary Statement

1. Plaintiff brings this action for compensatory damages, punitive damages and attorney fees pursuant to U.S.C.1983 and 1988 for violation of civil rights as said rights are secured by said statues and the constitution of the United States. Plaintiff also asserts supplemental state law claims.

*Page 1*

## Introduction

2.  This is a civil rights action to vindicate the rights of Plaintiff Travis G. Tuttle, who was wrongfully indicted by members of the Webster Town Police Department (state of New York) by manufacturing and/or misjudging actual evidence, allowing and/or encouraging privacy infringement(s) and identity theft in order to commence malicious prosecution

3.  then defendant(s), knowing and willingly, forwarding the false, unreliable and otherwise misleading evidence to the Monroe County District Attorney's office in order to secure his prosecution and/or otherwise.

4.  These wrongdoing(s) were initiated by the defendant(s) in bad faith, for the purpose(s) of disallowing the plaintiff certain Constitutional and Federal rights, as well as abusing the civil process to inflict unnecessary delays, injunctions and sanctions, further depriving the Plaintiff access to essential public services and the courts.

5.  Therefore, depriving the Plaintiff of life, liberties and freedom(s)

6.  Defendant(s) are alleged to be in violation of the Due Process Clause and the Communications Assistance for Law Enforcement Act, Pub. L. 103-414, title I, Oct. 25, 1994, 108 Stat. 4279 (47 U.S.C. 1001 et seq.)

## Jurisdiction

7.  Jurisdiction is founded upon the existence of a federal question.

8.  This is an action to redress the deprivation under color of statute, ordinance, regulation, custom, or usage of rights, privileges, and immunities secured to the plaintiff by the

fourteenth amendment to the constitution of the United States pursuant to 42 U.S.C. Section 1983 and arising under the law and statutes of the state of New York.

9. Jurisdiction is founded upon 28 U.S.C. Section 1331, 1343(3), and 1343(4), this being an action authorized by law to redress the deprivation under the color of law, statute, ordinance, regulation, custom, and usage of rights, privileges, and immunities secured to the plaintiff by the fourth and fourteenth amendments to the constitution of the United States.

### Venue

10. Venue lies in the district pursuant to 28 U.C.S.A. Section 1391(b)(2) since the events giving rise to the claim occurred in the Western District.

11. At all times relevant and hereafter mentioned, the Plaintiff, Travis G. Tuttle was a resident of the Town of Webster.State of New York.

12. Upon information and belief, at all times hereinafter mentioned, the Defendant, Town of Webster was and still is a municipal corporation duly organized and existing under and by virtue of the laws of the state of New York, and that at all times relevant all defendant officers were acting for, upon, and in furtherance of the business of their employer and within the scope of their employment.

13. Upon information and belief, at all times hereafter mentioned, the Defendant, Town of Webster, it's agents, servents, and employees, operated, maintained and controlled the Town of Webster police department, including all of the police officers thereof.

## Jury Demand

14. Pursuant to the seventh Amendment of the Constitution of the United States, Plaintiff demands a jury trial on all issues and claims set forth in this complaint.

## Parties

15. Plaintiff Travis Tuttle, HEREINAFTER, "Plaintiff" DOB: 08/15/1982, resides at 411 Krieger Road Webster, New York 14580 in the County of Monroe. Plaintiff is presently employed at Nucci's Seafood and Steakhouse (SixNuch LLC) located at 807 Ridge Rd. Webster, NY 14580 as a Full and part time Sous Chef/Chef since October of 2016.

16. Gretchen O'Dea, HEREINAFTER "Defendant O'Dea", residing at 7292 Slocum Rd Ontario, NY 14519 is currently active as an Investigator, employed by the Town of Webster Police Department, HEREINAFTER "WPD", located at 1000 Ridge Rd. Webster, New York 14580, Violation(s) include failure to investigate crime incident report CR-18-25659 and/or provide proper evidence to prosecuting official(s), therefore discriminating and violating the plaintiff(s) 14th amendment right to due process and diligence.

17. As well as multiple fiduciary duty breaches, allegedly using the plaintiff(s) 1st Amendment freedom of speech, against plaintiff, in order to assist an opposing party in retraining an ex parte order, further violating plaintiffs rights by inflicting restraining orders, and further abusing the civil process and Plaintiff means of access to justice through unnecessary delays, and injunctions.

*Page 4*

18. Defendant Alex Kirkpatrick, residing at 2025 Bailey Rd. Ontario, NY 14519

HEREINAFTER, "Defendant Kirkpatrick " currently employed as an Investigator with

WPD, and assigned too and subsequently obligated to investigate the Plaintiff(s)

Community Relations Crime Incident Report, CR-18-25659, in regards to the Plaintiff(s),

Father (Walter "A.K.A. Scott" Tuttle DOB: August 8, 1955, residing at 671 Neros Run

Webster, NY 14580), allegded acts of domestic child sexual abuse against the

Plaintiff(s), then five-year old son.

19. Defendant partnered with Defendant Odea in the above stated investigative abuse and

misconduct(s).

20. Brad Fosdick HEREINAFTER, "Defendant Fosdick" residing at 5972 Trillium Trl,

Ontario, NY 14519. Is currently employed as a Lieutenant with the WPD, and supervisor

of lead Investigator, Defendant Odea.

21. Plaintiff emailed and left a phone message with Defendant Fosdick, however Defendant

Fosdick conscientiously decided completely disregard the Plaintiff actions to file

complaint(s) against, his insubordinate Defendant Investigator(s)

22. Joseph Rieger HEREINAFTER, "Defendant Rieger", residing at 1120 Stonegate Dr.

Webster, NY 14580, is currently employed as Police Chief of the WPD, and also denied,

Plaintiffs request supercede however failed to intervene, a volatile situation with

foreseeable consequences.

23. Samuel coolidge, HEREINAFTER, "Defendant Coolidge", residing at 148 Wishing View

Dr A, Webster, NY 14580, is currently employed by the WPD as an officer. Defendant

Coolidge made multiple mistakes while taking initially taking the Community Relations

Crime Incident Report, CR-118-25659, including the location of which, physical evidence was handed over to WPD.

24. Thomas Turner, HEREINAFTER "Defendant Turner" residing at 52 Pannell Circle Fairport, NY 14450, is currently employed with the WPD as an Officer, and is alleged to have violated the Plaintiff(s) rights numerous times since CR-118-25659 incident was reported to authorities, the first indecendent Defendant Turner failed to obey and/or comply in anyway with the Plaintiff's plea for assistance in pursuing the custody order, in the Plaintiff(s) attempt(s) to avoid further abuse of his child. Then, in the early months of 2019 Defendant Turner, drove his WPD patrol vehicle to 537 Cedarwood Terrace Rochester, NY 14609, and forcibly extracted, witness Frank Nadz, (DOB: 02/20/1982) out of his home and proceeded to drive the "witness" to the WPD (1000 Ridge Rd. Webster NY 14580), sole for the purpose of coercing the "witness" into making statements, or otherwise implying, and forcing falsifying testimony.

25. Samantha Nentarz (DOB: 07/08/1982), HEREINAFTER, "Defendant Nentarz", upon information and belief residing at 30 Nelson St Apt 2, Fairport, NY 14450, On October 23, 2018 Defendant Nentarz and her relative Micheal Skillo (DOB: 02/18/1981, upon information and belief resides at 645 Averill Ave [Apartment] Rochester, NY 14607, who Plaintiff has no relation [family, friend or otherwise]) were at the residence of the victim's home, where Defendant Nentarz is alleged to have committed the following felony crime(s) of soliciting and exploiting the Defendant(s) child through acts of Privacy Infringement and extortion, and otherwise blackmailing the Defendant by creating a malicious social media account under the Defendant's name.

*Page 6*

26. Defendant Nentarz then proceeded, to "act under the color of law", and consciously presenting the highly falsified electronic "evidence"to Defendant O'Dea, along with other falsified information, causing major damages to the Plaintiff and Plaintiff(s) child.

## Statement of Claims

27. Investigator Gretchen O'Dea and partner Investigator Alex Kirkpatrick are alleged of placing plaintiff under wrongfully abusive court ordered indefinite injunction, and obtaining warrant(s) without merit, causing Immense pain and suffering to a minor.

28. The defendant(s) allowed and promoted the plaintiff(s) vulnerable child to the residence of the plaintiff(s) father, despite having the absolute knowledge that the plaintiffs father had allegedly sexually abused the child only two weeks prior.

29. These allegations came about, directly after the finding of an extremely disturbing and explicit audio recording (cell phone device) , along with the audio contents, the Plaintiff(s) child also verbally disclosed abuse to Plaintiff, stating," Poppy (Defendant-GrandFather), put his mouth all over my body, and butt." which disturbingly correlated with the audio finding.

30. This tradegy occurred at approximately 11 P.M. on the night of October 1, 2018. The Plaintiff began leaving (recordings) cell phone device(s), although the Plaintiff had suspicion and reason to believe such an act could possibly commence, the Plaintiff could never "wrap his mind around", the Plaintiff(s) Grandfather, actually physically attacking the vulnerable Plaintiff(s) child during slumber..

31. On October 3, 2018 the Plaintiff went to the WPD with audio evidence of the Plaintiff (s) father allegedly abusing the Plaintiff (s) child and the clothing/bedding of the Plaintiff(s) child in which the local hospital (Strong Memorial Hospital) pediatric specialists advised the Plaintiff to bring to the WPD after leaving the hospital. The lead Investigator (Defendant),  coerced Defendant, (Samantha Nentarz), to become a third party actor, "under color of law", and proceeded to file a frivolous criminal complaint(s) against the Plaintiff in order Defendant O'Dea to easily take advantage, and otherwise abuse the civil process.

### **Relief Requested**

32. WHEREFORE,  Plaintiff herein would demand the courts of the respective jurisdiction that Plaintiffs child (Leo Tuttle, DOB 10/16/2012) be returned immediately with the assistance of a public officer, to the Plaintiffs address at 411 Krieger Rd. Webster, NY 14580.

33. Plaintiff also requests any motions and/or judgments against the plaintiff be respectfully dismissed.

34.  Any and all punitive damages for the plaintiff and plaintiff's past, present and future medical bills caused by the intentional infliction of excessive pain and suffering be paid through the respected liable insurance carriers of each of the defendant(s) as agreed upon settlement or that of ordered by the respected jurors, together with any other relief the Court finds just and proper.

*Page 8*

**STATE OF NEW YORK**

**COUNTY OF MONROE } SS.**

DATED: _23rd_ day of January, 2020

Signature of Plaintiff, Travis Tuttle

*411 Krieger Road*

*Webster, New York 14580*

*Ttuttle0843@gmail.com*

*(585)789-7246*

I, Travis Tuttle duly declare under penalty of perjury that the foregoing is true and correct.

_____

Notary Public (NEW YORK STATE)

*Page 9*

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

20 CV 6048 EAW

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Travis Tuttle

**(b)** County of Residence of First Listed Plaintiff   MONROE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
TRAVIS TUTTLE
411 Krieger Road. Webster, NY
(585) 789 7246

## DEFENDANTS

Gretchen O'Dea (et. al.)

County of Residence of First Listed Defendant   Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**          **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability    ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander    Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | Liability    ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 340 Marine    Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product    Liability    **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Product Liability    ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 360 Other Personal    Property Damage | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Injury    ☐ 385 Property Damage | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury -    Product Liability | | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | | |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights    **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | | | |
| ☐ 245 Tort Product Liability | Accommodations    ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment    **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | Other    ☐ 550 Civil Rights | | | |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:
Violation of Due process, Deprivation of Constitutional Rights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 200,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   1/23/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____