Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Travis G. Tuttle

    v.

Gretchen O'Dea, et al.,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-CV-6048

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the action is dismissed.

Date: June 2, 2021

MARY C. LOEWENGUTH
CLERK OF COURT

By: Barbara Keenan
    Deputy Clerk